1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | AZIZUDDIN BIYABANI,                          )
                                                 ) No. C 07-1303 MHP
13 |            Plaintiff,                       )
                                                 )
14 |     v.                                      )
                                                 ) **STIPULATION TO DISMISS; AND**
15 | ALBERTO R. GONZALES, Attorney General        ) ~~[PROPOSED]~~ **ORDER**
     of the United States; MICHAEL CHERTOFF,     )
16 | Secretary of the Department of Homeland     )
     Security; EDUARDO AGUIRRE, Director of      )
17 | United States Citizenship and Immigration   )
     Services; MICHAEL MUELLER, Director         )
18 | of the Federal Bureau of Investigations;    )
     DAVID STILL, District Director of the      )
19 | Citizenship and Immigration Services,       )
     San Francisco District Office,             )
20 |                                             )
                Defendants.                      )
21 | _____)

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24 | the adjudication of Plaintiff's adjustment of status application (Form I-485).

25 |     Each of the parties shall bear their own costs and fees.

26 | ///

27 | ///

28 |

Stipulation to Dismiss
C07-1303 MHP                                   1

1 | Dated: April 26, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: April ___, 2007

/s/ fax signature
ROBERT L. VOLZ
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 27, 2007

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Dismiss
C07-1303 MHP

2

1 | Dated: April ___, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants.

8 | Dated: April 25, 2007

_____
ROBERT L. VOLZ
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
MARILYN HALL PATEL
United States District Judge

Stipulation to Dismiss
C07-1303 MHP

2